**ECKERT**
S E A M A N S
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, New York 10606

TEL: (914) 949-2909
FAX: (914) 949-5424
www.eckertseamans.com

Ezra H. Alter, Esq.
Direct Dial: (914) 286-2803
ealter@eckertseamans.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/2023

January 19, 2023

**VIA ECF**

MEMO ENDORSED

Hon. Colleen McMahon
United States District Court
For the District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Conference adjourned to
2/9/2023 @ 10:15 a.m.*

*Colleen McMahon*

*1/20/2023*

Re: <u>Skender Ademi, on behalf of himself, FLSA Collective Plaintiffs, and the Class, v. Central Park Boathouse, LLC and Dean Poll</u>, 1:22-cv-08535-CM

Dear Judge McMahon:

This firm represents Defendants Central Park Boathouse, LLC and Dean Poll (collectively "Defendants"). I am in receipt of the Court's order issued this morning rescheduling the Rule 16 conference for Thursday, January 26th. Unfortunately, I will be overseas in the Hajar Mountains of Oman and will be unable to attend telephonically. I return on February 1st and am reasonably afterward at the Court's convenience.

On behalf of Defendants, I am therefore requesting that the court adjourn the conference for one week to enable me to attend.

Respectfully Submitted

/s/ Ezra Alter

cc: C.K. Lee (via ECF)