# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-465-1188
                      cklee@leelitigation.com

November 15, 2023

**Via ECF**
The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023
```

         Re:    *Ademi v. Central Park Boathouse, LLC et al*
                Case No.: 22-cv-08535

Dear Judge Lehrburger:

        We are counsel to Plaintiff. We write jointly with Defendants to respectfully request the stay of discovery.

        The Parties have agreed to attend private mediation on behalf of a purported class, with Mr. Timothy Taylor, which will take place on January 22, 2024. As such, the parties respectfully request a stay of discovery. In the event that the Parties do not settle this matter, the Parties will jointly file a proposed Case Management Plan on February 15, 2024.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

Granted.

SO ORDERED:

11/16/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1