UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Skender Ademi,

          Plaintiff(s),            22 Civ. 8535 (CM)(RWL)

   -against-

                                           CALENDAR NOTICE

Central Park Boathouse, LLC, et al.,
          Defendant(s).
-----------------------------------------------------X

      Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| _X_ Pre-trial conference | ___ Status conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ___ Rule (16) conference | ___ Final pre-trial conference | ___ Fairness Hearing |
| ___ Telephone conference | ___ Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___ Inquest | |

**on Thursday, March 21, 2024 at 11:15 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U.S. District Court, 500 Pearl Street, New York, New York 10007.

      Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: March 6, 2024
       New York, New York

                                So Ordered

                                Colleen McMahon, U.S.D.J