# ECKERT
## SEAMANS
### ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606

TEL: (914) 949-2909
FAX: (914) 949-5424
www.eckertseamans.com

Nicholas Pasalides, Esq.
Direct Dial: (914) 286-2851
npasalides@eckertseamans.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2024

March 21, 2024

*Via ECF*

Hon. Honorable Colleen McMahon,
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Conference re-scheduled to 3/28/2024 at 11:00 A.M.

*Colleen McMahon*
3/21/2024

Re:  *Skender Ademi v Central Park Boathouse, LLC et al*
     Case No.: 1:22-cv-08535

Dear Judge McMahon,

I write to respectfully request an adjournment of the conference scheduled in the above referenced matter.

Do to a sudden illness, I was unable to attend the conference. I profusely apologize for any inconvenience that this may have caused the Court and opposing counsel. I would kindly ask that the conference be re-set for the Court's next available date.

Respectfully,

s/ *Nicholas Pasalides*

Nicholas A. Pasalides