# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2024

March 22, 2024

**Via ECF**
The Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Ademi v. Central Park Boathouse, LLC et al*
      Case No.: 22-cv-08535

*[Handwritten: Conference adjourned to 4/11/2024 at 10:30 Am — Colleen McMahon 3/25/2024]*

Dear Judge McMahon:

    I am counsel to Plaintiff in the above-captioned matter. I write pursuant to Section I(D)(1) of Your Honor's Individual Practices and Procedures. Pursuant to Your Honor's Order, a pre-trial conference has been scheduled for March 28, 2024 at 11:00 a.m [Dkt No. 55]. Unfortunately, I have a conflict in schedule, as I have to tend my child who is on spring break as child care services are not available on such date. We respectfully request that Your Honor allow the parties to re-schedule the pre-trial conference to April 4, 2024 at 11:30 a.m., if Your Honor's schedule permits. Counsel for Defendants consents to our request and is available on the proposed schedule. The requested adjournment does not affect any other scheduled dates.

    Pursuant to Section I(D)(1) of Your Honor's Individual Practices and Procedures, I inform the Court that this pre-trial conference was previously requested to be adjourned [Dkt. No. 54] and such request was granted on March 21, 2024 [Dkt. No. 55]. No other requests were made regarding this conference.

    We thank the Court for its time and attention to this case.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF