# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/24

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

March 25, 2024

**Via ECF**
The Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Conference adjourned to 4/25/2024 at 11:45 am.

*Colleen McMahon*
3/25/24

Re:   *Ademi v. Central Park Boathouse, LLC et al*
      Case No.: 22-cv-08535

Dear Judge McMahon:

I am counsel to Plaintiff in the above-captioned matter. I write pursuant to Section I(D)(1) of Your Honor's Individual Practices and Procedures. Pursuant to Your Honor's Order, a pre-trial conference has been re-scheduled from March 21, 2024 to March 28, 2024 at 11:00 a.m [Dkt No. 55]. On March 22, 2024, we respectfully requested that Your Honor allow the parties to re-schedule the pre-trial conference to April 4, 2024 at 11:30 a.m. [Dkt No. 56] due to a conflict in schedule. On March 25, 2024, the Court entered an Order adjourning the conference to April 11, 2024 at 10:30 a.m. [Dkt No. 57]. Unfortunately, counsel to Plaintiff will not be available during this time, due to a scheduled deposition on another case.

We respectfully propose to keep the previously scheduled date of March 28, 2024 at 11:00 a.m., as the date for the pre-trial conference, if Your Honor's schedule still permits it.

We thank the Court for its time and attention to this case, and apologize for any confusion caused.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF