# United States District Court
## for the Southern District of New York

**File Number 1:22-cv-08535-CM-RWL**

---

SKENDER ADEMI, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

      Plaintiff,

  v.     **Notice of Appeal**

CENTRAL PARK BOATHOUSE, LLC, and
DEAN POLL,

      Defendants.

---

Notice is hereby given that SKENDER ADEMI, plaintiff in the above named case,[*] hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment denying both Plaintiff's motion for partial summary judgment and Plaintiff's motion for class certification, entered on the 23rd day of September, 2025 (ECF #107).

      /s/*C.K. Lee*
      Attorney for Skender Ademi, Plaintiff
      Address: Lee Litigation Group, PLLC,
      148 West 24th Street, New York, NY 10011

---

[*] See Rule 3(c) for permissible ways of identifying appellants.