# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:         212-465-1188
                         cklee@leelitigation.com

October 3, 2025

**Via ECF**
Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Ademi v. Central Park Boathouse, LLC et al*
       Case No.: 22-cv-08535

Dear Judge McMahon:

We are counsel to Plaintiff in the above-captioned matter. We write in response to the Court's Notice, dated September 30, 2025 (Dkt. No. 108). Pursuant to the Court's Notice, by Friday, October 3, 2025, at 5 PM: (i) counsel for the parties are to inform the Court if they believe the notices should be edited, and (ii) Lee Litigation Group must provide the court with the names and last known addresses of all individuals who were sent notice of this lawsuit back in 2023 and who did not elect to opt into the FLSA collective.

The Court's Notice was entered following the Court's Order at Dkt. No. 107, which denied Plaintiff's Motion to Certify Class, Motion for Partial Summary Judgment and Granting in part Defendants' Motion to Dismiss and Motion for Summary Judgment. Plaintiff disagrees with some of the Court's holdings in the Order at Dkt. No. 107. On October 1, 2025, Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Second Circuit regarding the Order at Dkt. No. 107.

Due to the filing of Plaintiff's Notice of Appeal, Plaintiff believes the Court's directives at Dkt. No. 108 are premature because the contents of the notices may change, and should be stayed pending resolution of the appeal. Plaintiff will provide the requested list because this is unaffected by the Court's Notice.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF