# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**Via ECF**                                                                          May 12, 2026

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:     *Ademi v. Central Park Boathouse, LLC et al*
>         Case No.: 22-cv-08535

Dear Judge McMahon:

We are counsel to Plaintiff in the above-captioned matter. We write in response to the Court's Memo Endorsement (Dkt. No. 122).

Plaintiff's Counsel, C.K. Lee, is available for an in-person conference at or after 2:00 p.m. on May 28, 2026. Mr. Lee is out of the country through the beginning of next week and thereafter has previously scheduled mediations and depositions each day through May 27, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*